IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:10CR3006 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| MICHAEL J. LONGS, | ) | |
| | ) | |
| Defendant. | ) | |

James M. Davis has moved to withdraw as retained counsel for the defendant.  Alan G. Stoler has entered his appearance as retained counsel for the defendant.

Accordingly,

IT IS ORDERED:

1)      The motion to withdraw filed by James M. Davis, (filing no. 18), is granted. The Clerk is directed to remove Mr. Davis from all future ECF notifications in this case.

2)      Alan G. Stoler shall promptly serve defendant with a copy of this order.

DATED this 5th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge