IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3006 |
| v. | ) | |
| MICHAEL J. LONGS, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

At the court's oral request and with the parties' consent,

IT IS ORDERED that the defendant's change of plea hearing is continued from April 7, 2010 to April 8, 2010 at 2:30 P.M.

DATED this 31st day of March, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge