IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. LONGS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1)  The defendant's motion to file under seal, (filing no. 33), is granted in part. The clerk shall file the defendant's motion, (filing no. 34), as a restricted access document, available for viewing by only court users and the attorneys of record.

2)  A hearing on defendant's motion, (filing no. 34), will be held before the undersigned on May 11, 2010 at 1:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

3)  The defendant, his counsel, and counsel for the government shall be present at this hearing.

DATED this 4th day of May, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge