IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:10CR3006 |
| V. | ) ) | |
| MICHAEL J. LONGS, | ) ) | ORDER |
| Defendant. | ) ) ) | |

On the oral motion of the defendant, and without objection by the plaintiff,

IT IS ORDERED that Defendant Longs' sentencing is continued to Wednesday, November 9, 2011, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 17th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge