IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiff,<br>vs.<br><br>MICHAEL J. LONGS<br><br>              Defendant. | Case No. 4:10CR3006<br><br>ORDER |

Before the Court is the request for transcript of the revocation of supervised release sentencing hearing held on March 31, 2015.

IT IS ORDERED that the Clerk of Court shall forward the defendant's request for transcript (filing 103) to the Clerk of the United States Court of Appeals for the Eighth Circuit for consideration.

DATED: April 8, 2015

                                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                Senior United States District Judge